CHARLES E. SCHEUBER, Respondent, v. HERMAN CANARICK and JACOB

KALLENBERG, Copartners, etc., Appellants.— Motion to dismiss appeal denied on condition that appellants perfect the appeal for the November term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Young, Kapper, Lazansky, Hagarty and Carswell, JJ.